AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRU...

2008 MAR 12 A 9: 27

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Dwayne Hagans ) | Case No: CR592-00029-014 |
| ) | USM No: 08349-021 |
| Date of Previous Judgment: November 29, 1993 ) | Marcus Stan Ballew |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 42                    Amended Offense Level: 40
Criminal History Category: V                  Criminal History Category: V
Previous Guideline Range: 360 months to Life  Amended Guideline Range: 360 months to Life
                         plus 60 months                                 plus 60 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The defendant's amended offense level and criminal history category still produce an advisory guideline range of 360 months to life (plus 60 months).

Except as provided above, all provisions of the judgment dated November 29, 1993, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 12, 2008                              _____
                                                        Judge's signature

Effective Date: _____               Judge, U.S. District Court
                (if different from order date)          Printed name and title