IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

2008 MAR 28 P 12: 04

UNITED STATES OF AMERICA

vs.

CASE NUMBER.: CR592-29

DWAYNE D. HAGANS

## ORDER

Defendant Hagans has filed a Request for Sentencing and Investigation Reports from his 1993 trial proceedings. Said Defendant's request is **DENIED**.

**SO ORDERED**, this 28th day of March, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)