FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT -7 AM 9:27

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Waycross Division

United States of America
v.
Dwayne Hagans

Case No: 5:92CR00029-14
USM No: 08349-021

Date of Original Judgment: November 29, 1993
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Marcus Stan Ballew
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 480 months (420 months as Ct. 1, plus 60 months as to Ct.2) **is reduced to** 420 months (360 months as to Ct. 1, plus 60 months as to Ct. 2).

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated November 29, 1993 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/6/2015

Effective Date: November 1, 2015
*(if different from order date)*

Judge's signature

J. Randal Hall
United States District Judge
*Printed name and title*